**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

BERNARDO CRUZ-MOSQUERA,

Plaintiff - Appellant,

v.

K. GURRIES, Correctional Officer; et al.,

Defendants - Appellees.

No. 11-17585

D.C. No. 3:10-cv-00594-RCJ-VPC

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, Chief Judge, Presiding

Submitted September 10, 2012[**]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Nevada state prisoner Bernardo Cruz-Mosquera appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging excessive

force.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court's dismissal for failure to exhaust. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003). We affirm.

The district court properly dismissed Cruz-Mosquera's action because he failed to exhaust administrative remedies. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93-95 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

**AFFIRMED.**

11-17585